

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00064-CR

| | | |
|---|---|---|
| EX PARTE SULIA LAWRENCE BROWN | § | On Appeal from |
| | § | Criminal District Court No. 1 |
| | § | of Tarrant County (1503867) |
| | § | October 17, 2019 |
| | § | Opinion by Justice Kerr |
| | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the order of the trial court denying Sulia Lawrence Brown's application is reversed, and this case is remanded to the trial court for further proceedings consistent with this opinion.

SECOND DISTRICT COURT OF APPEALS

By _/S/ Elizabeth Kerr_____
    Justice Elizabeth Kerr